UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Henry Sylvain Gindt IV

Defendant(s).
-------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR- ( )( )

20 Mag

Defendant __Henry Gindt__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

___  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

___  Conference Before a Judicial Officer

__/s/Henry Gindt__
**Defendant's Signature**
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Henry Gindt__
**Print Defendant's Name**

_____
**Defendant's Counsel's Signature**

__Jennifer Willis__
**Print Counsel's Name**

This proceeding was conducted by reliable video or telephone conferencing technology.

__May 7, 2020__
**Date**

__Judith C. McCarthy__
**U.S. District Judge/U.S. Magistrate Judge**